**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAURICE MOORE,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>TERRY ROYAL, *et al.,*<br><br>　　　　　　　Respondents. | Case No.: 2:25-cv-01021-APG-BNW<br><br>**Order Dismissing Action<br>without Prejudice** |

　　　In this habeas corpus action, brought under 28 U.S.C. § 2254 by Maurice Moore, an individual incarcerated at Nevada's Ely State Prison, I issued an order on June 16, 2025, requiring Moore to show cause why this action should not be dismissed without prejudice as wholly unexhausted in state court. ECF No. 5. I stated in the order that if Moore failed to make a colorable showing that this case is not unexhausted in state court, this action would be dismissed without prejudice. *Id*

　　　Moore filed a response to that order on June 26. ECF No. 6. But Moore's response does not show that he exhausted in state court any of the claims in his federal habeas petition. *See id*.; *see also* ECF No. 1 (petition). Moore's petition in this case is wholly unexhausted in state court.

　　　I therefore order that this action is **DISMISSED WITHOUT PREJUDICE**.

　　　I further order that, because jurists of reason would not find it debatable whether this ruling is correct, **I DENY PETITIONER A CERTIFICATE OF APPEALABILITY**.

///

///

///

I further order that that the Clerk of Court is directed to:

- enter judgment accordingly and close this case;

- transmit a copy of this Order to the Attorney General of the State of Nevada.

DATED: August 22, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE